ASSOCIATED INDEMNITY CORPORATION, Appellant, *v.* ABRAHAM CHAIS, Respondent.

Argued May 20, 1937; decided June 8, 1937.

*Maxwell Berman* for appellant.

*Norman L. Marks, Isidore Meyer* and *Stanley Wolder* for respondent.

Appeal dismissed, with costs. The validity of a statute is not the only question involved. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.